*552] * The plaintiffs' counsel excepted to the plea as frivolous, and tending merely to delay. Besides, if there was a necessity of entering such a plea, it should have been done before the joining of the general issue, or at least have been pleaded since the last continuance.

*Per curiam.* There is nothing in the plea in abatement which the defendants could not take advantage of at the trial, on the general issue. If Anne was the wife of Adair and not of Lopez, the latter could not join with her in making the lease laid in the declaration, and consequently, the plaintiff must be non-suited for want of shewing a title in himself. Though the lease to the nominal plaintiff be a fiction, which is admitted by the common rule, yet it must be pursued with correctness and accuracy.

Messrs. Ingersoll and Dunkin, *pro def.* withdrew their pleas.

Messrs. Lewis and Wilcocks, *pro quer.*

## Patrick M'Neal *against* Margaret Smith.

Where there is reason to believe that a bond has been given to defeat creditors, court will decree an issue to try the validity of the bond and quantum of the debt.

SUR rule to shew cause why a judgment entered up and execution issued thereon, should not be set aside.

It appeared, that in June 1794, the defendant gave a bond to creditors, payable at a future day; that shortly before the same became due, she executed a bond and warrant to the plaintiff, conditioned for the immediate payment of 130l., on which judgment was entered and *fi. fa.* issued to last September term, on which the whole of the defendant's property had been levied; that this last bond was dated 6th August 1794, and on the 8th of the same month was assigned to Lawrence Smith, the defendant's son, in consideration of five shillings, and by him assigned to John M'Masters, on the 5th September following. Dallas. 119. Gerard *v.* Basse et al. was cited by Mr. Todd for the creditors.

*Per cur.* Here are strong circumstances of suspicion against this latter bond. Where there is reason to believe that a bond has been given to defeat creditors, the court will direct an issue to try the validity of the bond and quantum of the debt; which was done accordingly in this case.